UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DERRICK L. JOHNSON, | ) | NO. EDCV 14-1709-GW (JEM) |
|       Petitioner, | ) | |
|       v. | ) | **JUDGMENT** |
| KENNETH J. FERNANDEZ, | ) | |
|       Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: September 17, 2014.

*George H. Wu*

GEORGE H. WU
UNITED STATES DISTRICT JUDGE